№ 24-6119
*In the*

# United States Court of Appeals

*For the*

# Ninth Circuit

---

CLINTON BROWN,
Plaintiff and Appellant,

vs.

EMIL ASSENTATO, TAX DEED ENTERPRISES, LLC,
STEVE WEERA TONASUT TRUST,
Defendants and Appellees.

---

appeal from the judgment of the
United States District Court for the
Central District of California
№ 2:23-cv-02972-MEMF-KS
hon. maame ewusi-mensah frimpong, u.s. district judge

---

**APPELLEES' MOTION FOR 28-DAY EXTENSION
TO FILE ANSWERING BRIEF; SUPPORTING DECLARATION OF FREDERICK J. HICKMAN**

---

Frederick J. Hickman
Attorney at Law
17602 17th St. Ste. 102, PMB 206
Tustin, California 92780
(714)315-1565 | fax (714)838-0835 | e-mail: fredhickman@gmail.com
*Appellate Counsel for Defendants and Appellees*
Emil Assentato, Trust Deed Enterprises, LLC, and
Steve Weera Tonasut Trust

-2-

# CORPORATE DISCLOSURE STATEMENT

Under Rule 26.1 of the Federal Rules of Appellate Procedure, Defendant and Appellee TAX DEED ENTERPRISES, LLC, A DELAWARE LIMITED LIABILITY COMPANY, has no parent corporation and no publicly held corporation owns 10% or more of its membership interests, as all members are natural persons.

                                              Respectfully submitted,

March 17, 2025                 FREDERICK J. HICKMAN

                                              By: *s/ Frederick J. Hickman*
                                                   FREDERICK J. HICKMAN

                                             *Attorney for Defendant and Appellee*
                                             TAX DEED ENTERPRISES, LLC, a Delaware limited liability company.

## Appellees' Motion for 28-Day Extension to File Answering Brief

Counsel for Defendants-Appellees, for good cause and on a showing of diligence and substantial need, very respectfully moves for a 28-day extension of time, to April 21, 2025, to serve and file the Answering Brief in order to: (1) properly and fully supplement the excerpts of record, analyze the additional inclusions and develop a position on the request by Appellant for leave to make a new claim, for the first time, as raised in his appeal; (2) recover from hindrances posed by personal issues affecting this counsel that have delayed progress in briefing; and (3) then to afford his three clients required time to review the brief, and to implement the changes that any of the three may wish to make. Fed. R. App. P. 26(b) & 9th Cir. R. 31-2.2(b).

No party will be prejudiced by the extension requested, as nothing is pending in the circumstances nor the in the district court on this case that would be affected, sale), but my clients would be severely prejudiced without the requested relief, and the Court would not have a complete and final submission to adequately and correctly determine the appeal. (9th Cir. R. 31-2.2(b)(4); Hickman Decl. ¶¶ 6-8 & 9).

In recent weeks, effected by the legal separation proceedings I am undergoing on my 33-year marriage, with attendant personal and family distress, I have been hindered in my ability to complete readying the additional excerpts of record necessary, and to complete the accompanying briefing. (9TH CIR. R. 31-2.2(b)(4); Hickman ¶ 6).

Appellant *pro se* has declined to stipulation to this extension request, without any basis to do so and no explanation as to why he so declines, and he will not cooperate, having communicating in writing that he opposes an extension request but that he does not intend to file a written opposition to this request. (9TH CIR. R. 31-2.2(b)(6); 9TH CIR. R. 31-2.2(b)(6); Hickman Decl. ¶ 9).

I had anticipated being able to file our brief and supplemental excerpts by its current deadline of March 24, but with the hindrances described above, and the need to brief additional issues based on the anticipated supplemental excerpts, and my clients requiring additional time for review of the current brief when completed, and time to implement revisions, I cannot do so without the requested relief. (9TH CIR. R. 31-2.2(b)(1)–(7); Hickman Decl. ¶¶ 4, 7). Therefore, I need and respectfully request until April 21, 2025, to submit the final and complete answering

brief and supplemental excerpts of record that will aid the Court in its review in and correct disposition of this appeal.

For good cause and based on substantial need, Defendants-Appellants, and each of them, very respectfully request that this 28-day extension request to April 21, 2025, be granted, so that we can submit the briefing that aids the Court in the correct disposition of this appeal.

                                           Respectfully submitted,

March 17, 2025                    FREDERICK J. HICKMAN

                                   By: *s/ Frederick J. Hickman*
                                       Frederick J. Hickman

*Attorneys for Defendants and Appellees*

Emil Assentato, Trust Deed Enterprises, LLC, and Steve Weera Tonasut Trust

## Supporting Declaration of

## Frederick J. Hickman

I, Frederick J. Hickman, declare:

1. I am an attorney at law duly licensed and admitted to practice before all state and federal courts in the State of California. I am admitted to practice before the United States Court of Appeals for the Ninth Circuit. If called upon as a witness, I could and would competently testify to truth of the following matters.

2. I am counsel responsible for representing Defendants-Appellees Emil Assentato, Trust Deed Enterprises, LLC, and Steve Weera Tonasut Trust in this appeal. I handled the underlying litigation in the trial courts I make this declaration in support of this motion for a 28-day extension to file the answering brief of Defendants-Appellees Emil Assentato, Trust Deed Enterprises, LLC, and Steve Weera Tonasut Trust, and for no other purpose.

3. Appellees' Answering Brief is currently due on March 24, 2026. 9TH CIR. R. 31-2.2(b)(1).

4. Appellees' Answering Brief was first due on February 21, 2025, following Plaintiff-Appellant's streamlined request for extension which

changed the briefing scheduled. 9TH CIR. R. 31-2.2(b)(2). Appellee had one 30-day streamlined extension, to March 24, 2025. 9TH CIR. R. 31-2.2(b)(1).

5. The length of the requested extension is 28-days, that is until April 21, 2025. 9TH CIR. R. 31-2.2(b)(3).

6. I have a substantial need for the requested time. I have been hindered in recent weeks by serious and hard personal issues that have interfered with my ability to complete the necessary tasks on this matter, delaying my progress—marital separation proceedings against me. In recent weeks, to the present, I have been affected in my ability to effectively work on this appeal, due to marital separation legal proceedings I am undergoing on my 33-year marriage, with attendant personal and family distress. This has hindered my ability to complete the readying of the additional excerpts of record necessary, and to complete the accompanying briefing. An additional issue affecting the briefing and the need for more time, that I did not anticipate, is Appellant's request for a new claim presented for the first time here on appeal, not having been presented to the district court, and a new issue for me to research, analyze and to brief.

7. The additional time will allow me to properly and fully supplement the excerpts of record, analyze the additional inclusions, and develop a position on the request by Appellant for leave to make a new claim, raised for the first time in this appeal, rather than having been put to the district court. This additional time is needed, also, so that when the drafting is complete, to then afford my three clients required time to review the brief, and to implement the changes that any of the three may wish to make. 9TH CIR. R. 31-2.2(b)(1)–(7). Therefore, I respectfully request until April 21, 2025, to submit the final answering brief to the Court. 9TH CIR. R. 31-2.2(b)(4).

8. I represent that I have exercised diligence in this appeal in the current briefing schedule, as best I have been able to do in the circumstances, having completed much of a draft of the Answering Brief, and the final answering brief will be filed within the time requested. 9TH CIR. R. 31-2.2(b)(5).

9. No party will be prejudiced by the requested relief, but my client would be severely prejudiced without the relief as requested, and the Court would not have all of the necessary considerations to determine the appeal. I inquired in writing of Plaintiff-Appellant of his willingness to

agree to this extension request, assuring him of mutual professional courtesy, but he declined saying he opposes the extension, but that he will not file an opposition to this motion. 9TH CIR. R. 31-2.2(b)(6).

10. The court reporter is not in default with regard to any designated transcripts. 9TH CIR. R. 31-2.2(b)(7).

11. Based on the foregoing, I respectfully request that this motion for a 28-day extension to April 21, 2025, to file the Answering Brief and supplement to the record be granted. 9TH CIR. R. 31-2.2(b)(7).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, and that this declaration is executed on March 17, 2025, at Santa Ana, California.

                                               s/ *Frederick J. Hickman*
                                               Frederick J. Hickman

## CERTIFICATE OF SERVICE

(FED. R. APP. P. 25; 9TH CIR. R. 25-5(f))

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on March 17, 2025, and that all participants in the case are registered CM/ECF users.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and this certificate is executed on March 17, 2025, at Santa Ana, in the County of Orange, State of California.

Dated: March 17, 2025      By:    s/ *Frederick J. Hickman*
                                                       Frederick J. Hickman